Document Number 0361
Case Number 07-C-0141-C
United States District Court
Western District of Wisconsin
Theresa M. Owens
Filed/Received
10/15/2007 01:01:37 PM CDT

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STEPHEN WENDELL JONES,

                Plaintiff,

    v.

RICK RAEMISCH,
in his official capacity;
WARDEN R. SCHNEITER, WSPF;
G. BOUGHTON, a Security Director;
B. KOOL, a Unit Manager; and
P. HUIBREGTSE, Under Warden,

                Defendants.

ORDER

07-C-141-C

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In what is becoming a consistent pattern, plaintiff has filed a motion for reconsideration of the order denying his last motion, in which he sought (for the second time) leave to amend his complaint.  Plaintiff's motion for reconsideration will be denied because nothing in his motion shows that I erred in denying his motion for leave to amend his complaint.

      Plaintiff's argument focuses on an interpretation of the Prison Litigation Reform Act, but this misses the mark because I did not rely on that act in denying plaintiff's motion for

1

leave to amend his complaint.  Rather, I denied it because plaintiff was attempting to add parties who could not provide the relief he is seeking, which is safer housing conditions.

Plaintiff is advised that if he wishes to prevail in this case, he should focus his efforts on collecting evidence to support the claim on which he is proceeding.  If he continues to devote his time and energy to attempting to change the scope of the litigation, he may find himself unprepared to respond to a motion for summary judgment, should defendants choose to file one.

## ORDER

IT IS ORDERED that plaintiff Stephen Wendell Jones's motion for reconsideration is DENIED.

Entered this 15th day of October, 2007.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge