IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STEPHEN WENDELL JONES,

                                     Plaintiff,

ORDER

3:07-cv-141-bbc

    v.

RICK RAEMISCH,
in his official capacity;
WARDEN R. SCHNEITER, WSPF;
G. BOUGHTON, a Security Director;
B. KOOL, a Unit Manager; and
P. HUIBREGTSE, Under Warden,

                                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In a memorandum dated December 3, 2007, I denied plaintiff's motion to call David Westfield and defendant Rick Raemisch as expert witnesses because plaintiff had not filed an expert report as required by Fed. R. Civ. P. 26(a)(2). Now plaintiff has filed a motion for reconsideration of the December 3 order in which he appears to be asking the court's permission to call David Westfield and defendant Raemisch as fact witnesses. Because the December 3 order does not bar plaintiff from calling David Westfield or defendant Raemisch as fact witnesses, plaintiff is still free to call them at trial. Therefore, there is

1

no need to reconsider the motion to call the two men as expert witnesses.

ORDER

IT IS ORDERED that plaintiff's motion for reconsideration is DENIED.

Entered this 18th day of December, 2007.

                              BY THE COURT:
                              /s/
                              BARBARA B. CRABB
                              District Judge