# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

STEPHEN WENDELL JONES,

    Plaintiff,

v.

SECRETARY MATTHEW FRANK, WDOC, in his official capacity; WARDEN R. SCHNEITER, WSPF, GARY BOUGTON, a Security Director, B. KOOL, a Unit Manager; and PETER HUIBREGTSE, Under Warden,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 07-cv-141-bbc

---

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

THERESA M. OWENS
_____
**Theresa M. Owens, Clerk**

/s/ Melissa Hardin

**by Deputy Clerk**

_____4/15/08_____
Date