IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STEPHEN WENDELL JONES,

                              ORDER

          Plaintiff,

                            07-cv-141-bbc

    v.

SECRETARY MATTHEW FRANK, WDOC,
in his official capacity; WARDEN R.
SCHNEITER, WSPF; GARY BOUGHTON, a
Security Director; B. KOOL, a Unit
Manager; and PETER HUIBREGTSE, Under
Warden,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Stephen Wendell Jones has filed a document in this court titled "Notice and Motion to Supplement the Record," to which he has attached two documents that he should have filed directly with the court of appeals. In the first document (which for some curious reason plaintiff has marked as "Exhibit D"), plaintiff asks the court of appeals to allow him to maintain under seal documents that were sealed in the district court. The second document (also marked as an "exhibit") is a completed appeals form titled "Seventh Circuit Transcript Information Sheet." Apparently, plaintiff believes he needs permission from this court to

1

"supplement the record" before he can mail these two documents to the court of appeals. He does not. He may file his request to keep certain documents under seal and his transcript information sheet directly in the court of appeals by mailing them to 219 South Dearborn St., Chicago, IL, 60604. Because plaintiff's motion to supplement the record appears to be seeking nothing more than permission to file documents in the court of appeals that plaintiff is free to file without permission from this court, the motion is DENIED as unnecessary.

Entered this 12th day of May, 2008.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

2