IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STEPHEN WENDELL JONES,

                                                              MEMORANDUM

            Plaintiff,

                                                            07-cv-141-bbc

    v.

SECRETARY MATTHEW FRANK, WDOC,
in his official capacity; WARDEN R.
SCHNEITER, WSPF; GARY BOUGHTON, a
Security Director; B. KOOL, a Unit
Manager; and PETER HUIBREGTSE, Under
Warden,

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

         On August 15, 2008, at plaintiff's request, I ordered returned to plaintiff exhibits docketed as ##8, 26 27 and 30, and any other exhibits plaintiff may have filed during the pendency of this action. On August 19, 2008, the clerk's office returned plaintiff's exhibits docketed as ##8, 26, 27 and 30, but no others. Plaintiff pointed out the error and, on September 4, 2008, I ordered that any exhibits that had not been returned to plaintiff pursuant to the previous order be returned to him forthwith. On September 4, 2008, the clerk's office returned to plaintiff all exhibits he had filed that remained in the court's file.

1

Plaintiff concedes that he has received both packets of exhibits the court has sent to him. Nevertheless, he continues to write to ask the court to seal or return exhibits to him. See Dkt. ## 92, 94 and 95.

Plaintiff's requests cannot be granted. Despite his belief that some of his exhibits have not been returned to him, the file of plaintiff's case has been inspected thoroughly twice, and both examinations confirm that there are no more exhibits in plaintiff's file. If it is true that plaintiff cannot account for specific exhibits he believes have not been returned to him, at the least he should have a copy of those exhibits that he retained for his own records before he sent them to the court. In any event, this court cannot send plaintiff what it does not have. Therefore, if plaintiff persists in writing to request the return of exhibits from the court's file of this case, I will place his request in the court's file but will make no response to it.

2

ORDER

IT IS ORDERED that plaintiff's requests for the return of additional exhibits (Dkt. ## 92, 94 and 95) are DENIED.

Entered this 4th day of November, 2008.

BY THE COURT:
/s/

_____
BARBARA B. CRABB
District Judge